# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| RONNIE HALL, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-cv-00047-JHH-JEO |
| TERRILL SANDERS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 14, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b).  The plaintiff filed objections to the report and recommendation on April 2, 2008.

With no facts to support his argument, the plaintiff objects to the magistrate judge finding that he had failed to state a claim for which relief can be granted because the defendants were not state actors.  An attorney, whether court appointed or privately retained, represents only his client, not the state.  *Polk County v. Dodson*, 454 U.S. 312 (1981).  Thus, an attorney does not act "under color of state law," a critical element of a § 1983 claim.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

    **DONE** this the ____10th____ day of April, 2008.

                                            */s/ James H. Hancock*
                                SENIOR UNITED STATES DISTRICT JUDGE